UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIPAK ENTERPRISES, LTD,<br><br>        Plaintiff,<br><br>  v.<br><br>EASYSNAP NORTH AMERICA, LLC; MICHAEL MANSER, an individual; JOHN LANGE, an individual; and DOES 1 through 20, inclusive,<br><br>        Defendants. | No. CIV. S-13-2258 LKK/DAD |
| EASYSNAP NORTH AMERICA, LLC, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>  v.<br><br>TAIPAK ENTERPRISES, LTD, EASYPACK SOLUTIONS SRL, et al.,<br><br>        Defendants. | No. CIV. S-13-2274 MCE/EFB<br><br>**RELATED CASE ORDER** |

The court is in receipt of plaintiff's notice that this case is related to Easysnap North America LLC v. Taipak

1

1 | Enterprises, Ltd., Civ. No. 2:13-cv-2274 MCE.  Both cases
2 | concern, among other things, the disputed ownership of a machine
3 | manufactured by Easypack Solutions SRL, and the right to
4 | manufacture and market items made by the machine.  The court
5 | finds that the above-captioned cases are related within the
6 | meaning of E.D. Cal. R. ("Local Rule") 123(a).  Related cases are
7 | generally assigned to the judge presiding over the case with the
8 | lowest number.  See Local Rule 123(c).
9 |     Accordingly the court ORDERS as follows:
10 |     1.  The action denominated Civ. No. 2:13-cv-2274
11 | MCE/EFB is hereby **REASSIGNED** to Judge Lawrence K. Karlton and
12 | Magistrate Judge Dale A. Drozd for all further proceedings, and
13 | any dates currently set in the reassigned case only, are hereby
14 | VACATED.  Henceforth, the caption on documents filed in the
15 | reassigned case shall be shown as Civ. No. 2:13-cv-2274 LKK/DAD.
16 |     2.  The Clerk of the Court make shall appropriate
17 | adjustment in the assignment of civil cases to compensate for
18 | this reassignment.
19 |     3.  The Clerk is directed to issue the undersigned's
20 | Civil New Case Documents in the reassigned case, and setting it
21 | for a joint status conference with the related case (January 21,
22 | 2014 at 11:00 a.m.).  In addition to the matters specifically
23 | required to be addressed in the Status Reports, all parties in
24 | both cases shall address whether consolidation of these cases
25 | would be conducive to the just, efficient, and economical
26 | determination of these cases.
27 |     IT IS SO ORDERED.
28 |     DATED:  November 22, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT