UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIPAK ENTERPRISES, LTD, | No. CIV. S-13-2258 LKK/DAD |
| Plaintiff, | |
| v. | |
| EASYSNAP NORTH AMERICA, LLC; MICHAEL MANSER, an individual; JOHN LANGE, an individual; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| EASYSNAP NORTH AMERICA, LLC, a California Limited Liability Company, | No. CIV. S-13-2274 MCE/EFB |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| TAIPAK ENTERPRISES, LTD, EASYPACK SOLUTIONS SRL, et al., | |
| Defendants. | |

The court is in receipt of plaintiff's notice that this case is related to Easysnap North America LLC v. Taipak

1

<u>Enterprises, Ltd.</u>, Civ. No. 2:13-cv-2274 MCE. Both cases concern, among other things, the disputed ownership of a machine manufactured by Easypack Solutions SRL, and the right to manufacture and market items made by the machine. The court finds that the above-captioned cases are related within the meaning of E.D. Cal. R. ("Local Rule") 123(a). Related cases are generally assigned to the judge presiding over the case with the lowest number. See Local Rule 123(c).

Accordingly the court ORDERS as follows:

1. The action denominated Civ. No. 2:13-cv-2274 MCE/EFB is hereby **REASSIGNED** to Judge Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in the reassigned case only, are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:13-cv-2274 LKK/DAD.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

3. The Clerk is directed to issue the undersigned's Civil New Case Documents in the reassigned case, and setting it for a joint status conference with the related case (January 21, 2014 at 11:00 a.m.). In addition to the matters specifically required to be addressed in the Status Reports, all parties in both cases shall address whether consolidation of these cases would be conducive to the just, efficient, and economical determination of these cases.

IT IS SO ORDERED.

DATED: November 22, 2013.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT